IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA HUTCHISON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CAVALRY SPV I LLC and CAVALRY PORTFOLIO SERVICES LLC, <br><br> Defendants. | 2:19-cv-01001-RJC |

### O R D E R

IT IS HEREBY ORDERED that, the Court having entered the Memorandum Opinion and Order (Document Nos. [39] and [40]) and the above-captioned matter having been closed on October 1, 2020, final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

                                                  s/*Robert J. Colville*
                                                  Robert J. Colville
                                                  United States District Judge

Dated: October 1, 2020

cc/ecf: All counsel of record